**UNITED STATES OF AMERICA,**
Appellee,

v.

**Ebony D. WILLIAMS, Appellant.**

No. 00–3290.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 4, 2001.

Decided Jan. 19, 2001.

Before LOKEN, FAGG, and BYE,
Circuit Judges.

PER CURIAM.

Within days after being placed on the supervised release portion of a sentence she received for passing counterfeit currency, Ebony D. Williams violated a release condition based on her failure successfully to participate in a community corrections center program. Following a revocation hearing at which she stipulated to the violation, the district court revoked supervised release and imposed 16 months

imprisonment and 20 months additional supervised release. Williams challenges her sentence on appeal, and we affirm.

 When a district court finds by a preponderance of the evidence that a defendant has violated a supervised release condition, the district court may revoke supervised release and impose imprisonment without credit for time previously served on postrelease supervision. *See* 18 U.S.C. § 3583(e)(3). We review for abuse of discretion. *See United States v. Grimes,* 54 F.3d 489, 492 (8th Cir.1995).

 Having reviewed the record and Williams's brief, we conclude her revocation sentence neither exceeds the limits of section 3583(e), nor constitutes an abuse of discretion by the district court. *See* 18 U.S.C. §§ 472, 3559(a), 3583(e)(3), 3583(h).

We thus affirm the judgment of the district court.

A true copy.